UNITED STATES DISTRICT COURT
E/ASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ZONELL WASHINGTON | * | CIVIL ACTION |
| | * | NO. 15-868 |
| v. | | |
| | * | SECTION "R" (3) |
| MARK MORAD<br>PAIGE OKPALOBI | * | |
| BARBARA SMITH, M.D. | | JUDGE VANCE |
| JOE ANN MURTHIL | * | MAGISTRATE KNOWLES |
| LATAUSHA DANNELL | | |
| ROY BERKOWITZ, M.D. | * | |
| WINSTON MURRAY, M.D. | | *FILED IN CAMERA* |
| DIVINI LUCCIONI, M.D. | * | *AND UNDER SEAL* |
| CHRISTOPHER WHITE | | |
| BEVERLY BREAUX, ET AL | * | |

\*   \*   \*

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1.  the complaint be unsealed and served upon the defendants by the relator;

2.  this Order and the Government's Notice of Election to Decline Intervention be unsealed and served by the relator upon the defendants only after service of the complaint;

3.  all other papers filed by the United States in this action remain under seal and not be made public or served upon the defendants;

4.  the seal be lifted as to all other filings made before the date of this Order and on all matters occurring in this action after the date of this Order;

5. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. the parties shall serve all notices of appeal upon the United States;

7. all orders of this Court shall be sent to the United States; and

8. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Eastern District of Louisiana be provided with a signed copy of this Order.

New Orleans, Louisiana, this 30th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Sunni J. LeBeouf
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Email: sunni.j.lebeouf@usdoj.gov

Fee
Process
X Dktd
CtRmDep
Doc. No.